**SUMMONS ISSUED**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

CV 12 3627

CDCS No. :2003B00924
Civil Action No.:
Judge:

FILED
OFFICE
DISTRICT COURT E.D.N.Y

★   JUL 2 0 2012   ★

LONG ISLAND OFFICE

BIANCO, J.

UNITED STATES OF AMERICA            §
                                    §
vs.                                 §
                                    §
Gerald B. McDowell                  §

COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

**Jurisdiction**

1. This Court has jurisdiction over the subject matter of this application pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

**Venue**

2. The defendant is a resident of New York state, within the jurisdiction of this Court and may be served with service of process at 20 Riviera Drive, Mastic, NY 11950.

The Debt

3. The debt owed the U.S.A. is as follows:

|  |  |
|---|---|
| A. Current Principal | $3,500.00 |
| B. Current Capitalized Interest Balance and Accrued Interest (*after application of all prior payments, credits, and offsets.*) | $5,649.45 |
| C. Administrative Fees, Cost, Penalties (*after application of all prior payments, credits, and offsets.*) | $ 0.00 |
| **Total Owed** | **$9,149.45** |

The Certificate of Indebtedness, attached shows the total owed.  The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after the application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 7.000% per annum.

### Failure to Pay

4.  Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

**WHEREFORE,** U.S.A. prays for judgment:

A.  For the sums set forth in paragraph 3 above, plus pre-judgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 that interest on the judgment be at the legal rate until paid in full;

B.  For such other relief which the Court deems proper.

Date: July 18, 2012

By:  _____
**Liberatore J. Iannarone**
**Mullen and Iannarone, P.C.**
**Attorneys for the Plaintiff**
**300 East Main Street, Ste 3**
**Smithtown, NY  11787**

**Tel. No. (631)361-7050**
**Fax No. (631)361-7354**

## U. S. DEPARTMENT OF EDUCATION
## SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS #1 of 1

Gerald B. McDowell
20 Riviera Dr.
Mastic, NY 11950
Account No. xxx-xx-7129

I certify that U.S. Department of Education records show that the borrower named above is
indebted to the United States in the amount stated below plus additional interest from 06/26/12.

On or about 12/12/77, 01/04/78, & 11/16/78, the borrower executed promissory note(s) to secure
loan(s) of $750.00, $750.00 & $2,000.00 from Orange Savings Bank, Orange, NJ. This loan was
disbursed for a total of $3,500.00 at 7.00% interest per annum. The loan obligation was
guaranteed by New Jersey Higher Education Assistance Authority, and then reinsured by the
Department of Education under loan guaranty programs authorized under Title IV-B of the
Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The
holder demanded payment according to the terms of the note, and credited $0.00 to the
outstanding principal owed on the loan. The borrower defaulted on the obligation on 10/01/80,
and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $3,500.00 to the holder.
The guarantor was then reimbursed for that claim payment by the Department under its
reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a
default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor
attempted to collect this debt from the borrower. The guarantor was unable to collect the full
amount due, and on 10/13/94, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $0.00 in payments from all
sources, including Treasury Department offsets, if any, to the balance. After application of these
payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $3,500.00 |
| Interest: | $5,638.70 |
| | |
| Total debt as of 06/26/12: | $9,138.70 |

Interest accrues on the principal shown here at the rate of $0.67 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and
correct.

Executed on: _6/26/12_

Alberto Francisco
Loan Analyst